STATE v. WILSON

No. 109 PC.

Case below: 34 N.C. App. 474.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 21 December 1977.

VAUGHN v. COUNTY OF DURHAM

No. 100 PC.

Case below: 34 N.C. App. 416.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 24 January 1978.